IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRANDON L. NEWSON,

Plaintiff,

v.

SGT. FERSTOL, OFFICER MCLEEN, and OFFICER MEDINA,

Defendant.

ORDER

26-cv-366-jdp

---

Prisoner-plaintiff Brandon L. Newson, representing himself, moves the court for leave to amend the complaint. Dkt. 11. The court will grant the motion with some conditions, as discussed below.

Newson brought a complaint under 42 U.S.C. § 1983. Dkt. 1. The court allowed Newson to proceed on Eighth Amendment claims based on the conscious disregard of his safety and the denial of medical care. Dkt. 10. Defendants' answer is due by September 20, 2026.

Newson moves the court for leave to amend the complaint to clarify his illegible allegations. Dkt. 11. But the facts that Newson seeks to allege in the amended complaint are unrelated to the facts underlying the original complaint. Newson appears to have confused this case with his other case pending in this court, 26-cv-367-jdp.

Newson may amend the complaint once as a matter of course. *See* Fed. R. Civ. P. 15(a)(1). But considering this confusion, accepting the amended complaint in its current form would not be appropriate.

Newson may, if he chooses, resubmit an amended complaint. The amended complaint will supersede (i.e., completely replace) the original complaint, and it will be screened. If Newson submits an amended complaint, he must do so by September 14, 2026. If Newson

does not amend the complaint by the deadline, the case will proceed on only the claims on which the court already allowed him to proceed.

The current deadline for defendants to answer is September 20, 2026. This deadline will stay in place unless Newson amends the complaint by September 14. If Newson amends the complaint by then, the deadline to answer is stayed until the court screens the amended complaint, at which time it will set a new deadline to answer.

If Newson chooses to amend the complaint, he must file that pleading on the court's prisoner complaint form, which the court will send him with this order. Newson may include supplemental pages with the form if he needs more space to allege facts supporting his claims, but he may provide no more than five (5) supplemental pages. If Newson handwrites the amended complaint, he should make greater efforts to print neatly.

In drafting the amended complaint, Newson should be mindful that, to state a claim for relief, a pleading need only contain "a short and plain statement of the claim showing that [he] is entitled to relief." Fed. R. Civ. P. 8(a)(2). Newson's allegations must be "simple, concise, and direct." Fed. R. Civ. P. 8(d). Newson should state his allegations in numbered paragraphs, "each limited as far as practicable to a single set of circumstances." Fed. R. Civ. P. 10(b). Newson should identify his claims in this manner and omit any legal arguments.

Newson should carefully consider whether he is naming proper defendants, which means that he should omit defendants who did not personally participate in, or otherwise cause, a violation of his rights. Newson must explain what each defendant did, or failed to do, to violate his rights. Newson should avoid referring to defendants collectively. Newson also should identify by full name in the case caption of the amended complaint every one of the defendants. The case will proceed on only the allegations made and claims presented in the

amended complaint, and against only the defendants specifically named in the amended complaint's caption.

ORDER

IT IS ORDERED that:

1. Plaintiff Brandon L. Newson's motion to amend, Dkt. 11, is GRANTED. Plaintiff has until September 14, 2026 to file an amended complaint in accordance with the instructions provided in this order.

2. If plaintiff does not file an amended complaint by September 14, 2026, this case will proceed on only the claims on which the court already allowed him to proceed.

3. If plaintiff amends the complaint by September 14, 2026, the deadline to answer will be stayed until the court screens the amended complaint, at which time it will set a new deadline to answer

4. The clerk of court is directed to send plaintiff a copy of the court's prisoner complaint form.

Entered August 19, 2026.

BY THE COURT:

/s/

ANITA MARIE BOOR
Magistrate Judge